United States Bankruptcy Court
Eastern District of California

In re:                                                          Case No. 15-28615-C
Michael Byran Guess                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 1              Date Rcvd: Nov 06, 2015
                              Form ID: b9a             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2015.
```
db              +Michael Byran Guess,    893 Embarcadero Drive #102,    El Dorado Hills, CA 95762-1401
21648326        +AWA Collections,    for Medical Payment Data,    PO Box 6605,    Orange CA 92863-6605
21648329        +Bayview Financial,    4425 Ponce De Leon Blvd,    Coral Gables FL 33146-1873
21648336        +Liberty Energy,    Business Professional,    816 5 Center St,    Reno NV 89501-2306
21648337        +Malcom and Cisneros,    2112 Business Center Dr,    Irvine CA 92612-7136
21648338        +Medical Payment Data,    CMRE Financial Services Inc,    3350 E Birch St Ste 200,
                  Brea CA 92821-6267
21648339        +National Default Servicing Corporation,    7720 N 16th Street,    Phoenix AZ 85020-7404
21648332        +P O Box 6500,    Sioux Falls SD 57117-6500
21648340        +Stellar Rec,    1845 Us Hwy 93 South,    Kalispell MT 59901-5721
21648341        +Truckee Meadows Water Authority,    Business- Professional,    816 S Center St,
                  Reno NV 89501-2306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               EDI: BDMWHATLEY.COM Nov 07 2015 01:38:00      Douglas M. Whatley,    PO Box 538,
                  Folsom, CA   95763-0538
smg              EDI: EDD.COM Nov 07 2015 01:43:00      Employment Development Department,
                  Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Nov 07 2015 01:38:00      Franchise Tax Board,    PO Box 2952,
                  Sacramento, CA  95812-2952
21648325         EDI: MERRICKBANK.COM Nov 07 2015 01:38:00      Advanta,    11850 S Election Dr,    Draper UT 84020
21648328         EDI: BANKAMER.COM Nov 07 2015 01:38:00      Bank of America,    4161 Piedmont Parkway,
                  Greensboro NC 27410
21648327        +EDI: BANKAMER.COM Nov 07 2015 01:38:00      Bank of America,    450 American Street,
                  Simi Valley CA 93065-6285
21648331         EDI: CAPITALONE.COM Nov 07 2015 01:38:00      Capital One,    PO Box 85015,    Richmond VA 23285
21648330        +E-mail/Text: bankruptcy@cavps.com Nov 07 2015 02:06:19      Calvary Portfolio,
                  4050 E Cotton Center Blvd,    Phoenix AZ 85040-8862
21648333        +E-mail/Text: bknoticing@grantweber.com Nov 07 2015 02:05:58      Grant Weber,
                  for Medical Payment Data,    26575 West Agoura Road,    Calabasas CA 91302-1958
21648334         EDI: HFC.COM Nov 07 2015 01:38:00      HSBC,    PO Box 15524,    Wilmington DE 19850
21648335        +EDI: IIC9.COM Nov 07 2015 01:38:00      IC System Inc,    for AT T Mobility,    P O Box 64378,
                  St Paul MN 55164-0378
                                                                                               TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2015 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

FORM b9a Notice of Chapter 7 Individual or Joint Debtor No Asset Case  (v.8.14)     15–28615 – C – 7



# UNITED STATES BANKRUPTCY COURT
## Eastern District of California
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/5/15 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations.

| | |
|---|---|
| Case Number: | 15–28615 – C – 7 |

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Michael Byran Guess
xxx–xx–3451

893 Embarcadero Drive #102
El Dorado Hills, CA 95762

| **Debtor's Attorney:** | Michael Byran Guess<br>893 Embarcadero Drive #102<br>El Dorado Hills, CA 95762 | **Trustee:** | Douglas M. Whatley<br>PO Box 538<br>Folsom, CA 95763–0538 |
|---|---|---|---|
| **Telephone Number:** | | **Telephone Number:** | (916) 358–9345 |

### MEETING OF CREDITORS

**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7–A, 7th Floor, Sacramento, CA

**Date & Time:** 12/15/15   01:00 PM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

### Presumption of Abuse under 11 U.S.C. § 707(b) – *See "Presumption of Abuse" on the reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:**
**2/16/16**
**Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.**

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Dated:<br>11/6/15 | For the Court,<br>Wayne Blackwelder , Clerk |

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**